# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Calvin L. Ferguson, Sr., )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>Experian Information Solutions, )<br>Inc., )<br>   Defendant. )<br>_____ ) | Civil Action File No.:<br>1:24-cv-00413-MHC-CCB |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Calvin L. Ferguson, Sr., by and through undersigned counsel, hereby dismisses this action against Defendant, Experian Information Solutions, Inc., **with prejudice** pursuant to FED. R. CIV. P. 41(a)(1)(A)(i).

Respectfully submitted this 29th day of July, 2024.

                                            **BERRY & ASSOCIATES**

                                            */s/ Matthew T. Berry*
                                            Matthew T. Berry
                                            Georgia Bar No.: 055663
                                            matt@mattberry.com
                                            Telephone: (404) 235-3334
                                            2751 Buford Highway, Suite 600
                                            Atlanta, GA 30324

*/s/ Chris Armor*
Christopher N. Armor
Georgia Bar No.: 614061
P.O. Box 509
Londonderry, Vermont 05148
Ph. (651) 208-6441
Chris.armor@armorlaw.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2024, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case. I also served a copy of the foregoing document on Experian Information Solutions, Inc., with adequate postage affixed thereto and addressed as follows:

Mike Krause
Experian Information Solutions, Inc.
c/o C T Corporation System
289 South Culver Street
Lawrenceville, Georgia 30046

**BERRY & ASSOCIATES**

*/s/ Matthew Berry*
Matthew Berry
Georgia Bar No.: 055663
2751 Buford Highway, Suite 600
Atlanta, GA 30324

*/s/ Chris Armor*
Christopher N. Armor
Georgia Bar No.: 614061
P.O. Box 509
Londonderry, Vermont 05148
Ph. (651) 208-6441
Chris.armor@armorlaw.com

*Counsel for Plaintiff*